EDWARDS, GOVERNOR OF LOUISIANA, ET AL. *v.*
HEALY ET AL.

No. 73–759. Argued October 16, 1974—Decided June 9, 1975

*Kendall L. Vick,* Assistant Attorney General of Louisiana, argued the cause for appellants. On the brief were *William J. Guste, Jr.,* Attorney General, and *Warren E. Mouledoux,* First Assistant Attorney General.

*Ruth Bader Ginsburg* argued the cause for appellees. With her on the brief was *Melvin L. Wulf.*[*]

PER CURIAM.

The judgment of the District Court for the Eastern District of Louisiana is vacated and the case is remanded to that court to consider whether in the light of recent changes in the state constitutional, statutory, and other rules applicable to this case the cause has become moot.

MR. JUSTICE DOUGLAS took no part in the decision of this case.

---

[*]Briefs of *amici curiae* urging affirmance were filed by *Chesterfield Smith* and *Marguerite Rawalt* for the American Bar Assn., and by *Nancy Stearns* for the Center for Constitutional Rights.